Clarice V. FOBES, Petitioner-Respondent,

v.

Arnold E. FOBES, Appellant.

Supreme Court

*No. 83–1640. Filed September 23, 1985.*

(Also reported in 373 N.W.2d 672.)

PER CURIAM *(On motion for reconsideration).* The motion for reconsideration is denied, with costs.